AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2

### Return

| Case No.: 5:23-mj-85 | Date and time warrant executed: 05/15/2023 11:28 AM | Copy of warrant and inventory left with: USPS |
|---|---|---|

Inventory made in the presence of: SA Nobles

Inventory of the property taken and name of any person(s) seized:

1) BELLA BASICS TOASTER BOX WITH BLACK TOASTER BEARING USPS PRIORITY EXPRESS LABEL EI375014678US
2) VACUUM SEALED BAG WITH 119.42 CRYSTALINE SUBSTANCE FIELD TESTED POSITIVE FOR METHAMPHETAMINE WHICH WAS CONCEALED WITHIN THE TOASTER

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 05/15/2023

*Executing officer's signature*

DANIEL ULLRICH, US POSTAL INSPECTOR

*Printed name and title*